UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-08883-SPG(PDx) | Date | February 15, 2023 |
| Title | Mark Selinger v. Ford Motor Company et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Terri Hourigan |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Larry Chae | Tyler Dobberstein |

**Proceeding:** MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION [12]

Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order will issue.

: 29

Initials of Preparer    PG