1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SELINGER,<br><br>                           Plaintiff,<br><br>      vs.<br><br>FORD MOTOR COMPANY,<br><br>                      Defendant(s). | Case No.: 2:22-CV-08883 SPG (KSx)<br><br>Action Filed: July 29, 2022<br>Removed:     December 7, 2022<br>Trial Date:   *Pending*<br>Judge:        Hon. Sherilyn Peace Garnett<br>Ctrm:          5C<br><br>**JUDGMENT** |

On May 17, 2023, Defendant FORD MOTOR COMPANY served its Offer of Judgment pursuant to Federal Rule of Civil Procedure, Rule 68 ("Offer") on Plaintiff MARK SELINGER.  The pertinent terms of the Offer are as follows:

1.  Defendant FORD MOTOR COMPANY ("FORD") will pay Plaintiff MARK SELINGER ("SELINGER") $34,026.80 (thirty-four thousand, twenty-six dollars and eighty cents).  From this payment, FORD will pay the remaining loan balance on the subject 2019 Ford Fusion, VIN: 3FA6P0HD3KR148844 ("SUBJECT VEHICLE") directly to the lienholder.  To the extent there is any overpayment to the lienholder as a result of the additional payments made by SELINGER, FORD agrees such overpayment belongs to SELINGER.

FORD agrees to overnight this payment within two (2) business days of the surrender described in para. 2.

2. SELINGER will surrender the SUBJECT VEHICLE to FORD (or its designated representative) on a mutually agreed upon date, time, and location.

3. Additionally, FORD also agrees to pay SELINGER's attorney fees, costs and expenses, in accordance with a noticed motion pursuant to California Civil Code §1794(d).   In ruling on Plaintiff MARK SELINGER's fee/cost motion(s), the attorney fees, expenses and costs amount shall be calculated as if Plaintiff MARK SELINGER was found to have prevailed in this action under section 1794(d) of the California Civil Code as of the date of this offer of judgment.   Ford expressly reserves all defenses to Plaintiff MARK SELINGER's fee/costs motion(s).  Ford will pay the attorney fees and costs amounts determined by the Court within 30 days' written notice of entry of the Court's ruling awarding those amounts unless either party has filed a notice of appeal.

Plaintiff MARK SELINGER accepted such offer by signing the acceptance line on May 24, 2023.  Counsel for Plaintiff thereafter electronically served a signed and accepted copy of the Offer on May 25, 2023, and served and filed Notice of Acceptance of Fed. R. Civ. Proc. Rule 68 Offer of Judgment on May 26, 2023.

///

///

///

///

///

///

///

///

1    WHEREFORE, by virtue of the law and by reason of the premises aforesaid, IT

2   IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is granted and

3   shall be entered in favor of Plaintiff MARK SELINGER, and against Defendant FORD

4   MOTOR COMPANY, in the amount of $34,026.80, along with Plaintiff's costs,

5   including attorney fees and expenses, incurred in this action in the amount of

6   $10,500.00.

7

8   DATED: May 30, 2023

9                                        HON. SHERILYN PEACE GARNETT
                                         UNITED STATES DISTRICT JUDGE